IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-4097-MWB |
| | ) | |
| vs. | ) | |
| | ) | |
| KENYATTA DRAINE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT TO SEEK ENHANCED PENALTIES
PURSUANT TO 21 U.S.C. § 851**

Pursuant to 21 U.S.C. § 851, the United States Attorney files with the Court notice that the United States intends to seek enhanced penalties for Count 1 of the Indictment by reason of the defendant's prior conviction for a felony drug offense. The previous conviction the United States will rely upon for enhanced punishment is: Trafficking in Marijuana, in Garvin County, Oklahoma District Court on or about April 22, 2002, in Case No. CF-97-00268.

This offense constitutes a "prior conviction for a felony drug offense." Therefore, in the event the defendant is convicted of Count 1, the offense of conspiracy to distribute and possess with intent to distribute more than one hundred kilograms of marijuana, a Schedule I controlled substance, (as charged by indictment), defendant faces a mandatory minimum sentence of 10 years imprisonment and at least 8 years of supervised release.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: s/Robert A. Knief

ROBERT A. KNIEF
Assistant United States Attorney
600 4th Street, Ste. 670
Sioux City, IA  51101
(712) 255-6011
(712) 252-2034 (fax)
Robert.Knief@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

_____Robert Tiefenthaler_____

UNITED STATES ATTORNEY

BY: __s/Jean Wordekemper_____

2